UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM *& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **NAJERA, Fidel Raymundo**
Docket Number: 2:09CR00274-01
<u>CONTINUANCE OF JUDGMENT
AND SENTENCING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 4, 2010 to July 9, 2010 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of Probation Officer due to illness and to sentence on same date with co-defendant Abel Rudy Raymundo.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*THBrown*

**THOMAS H. BROWN**
**Senior United States Probation Officer**

**REVIEWED BY:** *Jeffrey C. Oestreicher*

**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Dated:  April 23, 2010
        Sacramento, California
        THB:thb

Attachment

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **NAJERA, Fidel Raymundo**
Docket Number:   2:09CR00274-01
<u>CONTINUANCE OF JUDGMENT AND SENTENCING</u>

cc:   Clerk, United States District Court
Daniel S. McConkie, Jr., Assistant United States Attorney
Linda M. Parisi, Attorney at Law
United States Marshal's Office
Probation Office Calendar clerk

✓ Approved

_____   4/26/10
**EDWARD J. GARCIA**
**Senior United States District Judge**     Date

___ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:09CR00274-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| NAJERA, Fidel Raymundo | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/09/2010 |
| Reply, or Statement of Non-Opposition: | 07/02/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/25/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/18/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/11/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/28/2010 |