Robert J. Saria
SBN: 128749
SARIA & SARIA
11344 Coloma Road, Suite 110
Gold River, CA  95670
(916) 631-3553
Email: RJSaria@SariaAttorneys.net

Attorney for defendant Abel Rudy Raymundo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:09-CR-00274-EJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND** |
| | ) | **ORDER** |
| | ) | |
| ABEL RUDY RAYMUNDO and | ) | |
| FIDEL RAYMUNDONAJERA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

     Plaintiff, by its counsel, Assistant United States Attorney Daniel S. McConkie, Abel Rudy Raymundo, by his counsel Robert J. Saria and Fidel Raymundonajera, by his counsel Linda Parasi hereby stipulate and agree that the sentencing hearing date and schedule presently set be vacated and reset as follows:

     Judgment & Sentencing – July 23, 2010

     Reply of Statement of Non-Opposition – July 16, 2010

Stipulated Motion for Continuance - 1

1    Motion to Correct – July 9, 2010

2    Final PSR Disclosed to Court & Counsel – July 2, 2010

3    Written Objections to Probation Officer – June 25, 2010

4    Draft to Counsel – June 11, 2010

5

6                             Respectfully submitted,
                              BENJAMIN B. WAGNER
7                             United States Attorney

8
  DATED:  May 26, 2010        /s/  Daniel S. McConkie
9                             E-mail authorization to sign for
                              Daniel S. McConkie
10                            Assistant U.S. Attorney

11                            Counsel for Plaintiff

12
  DATED:  May 26, 2010        /s/  Robert J. Saria
13                            ROBERT J. SARIA

14                            Counsel for Abel Raymundo

15 DATED:  May 26, 2010        /s/ Linda Parisi

16                            Counsel for Fidel Raymundonareja

17

18                           **O R D E R**

19    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

20

21 Dated:  June 8, 2010        /s/ Edward J. Garcia

22                            SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

Stipulated Motion for Continuance - 2